# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 21, 2019

## Argument Confirmation

The following email was sent to counsel of record on November 21, 2019:

> **Subject:** Final Argument Confirmation – Monday, December 2, 2019
>
> Dear counsel:
>
> As indicated in special notice to counsel, we are asking that you respond to this email to verify **final confirmation** for oral argument.
>
> Please reply to this email with your name, appeal number, and if there are any changes to previously filed confirmations.
>
> If you are the appellant, please specify how much time you would like to reserve for rebuttal. If there are multiple attorney's arguing, please indicate the order in which you will be presenting argument and how many minutes each attorney will be arguing.

Counsel responded with the following electronic response on November 21, 2019:

> Confirming oral argument for:
>
> Joshua Greene, arguing for Appellee Alex Moglia, Trustee
> Case No 19-2246
>
> There are no changes to the previously filed confirmation.
>
> Thank you,